Judgment will be entered in accordance with this decision, overruling the protest claim for free entry under paragraph 1807 and granting the amended protest claim for classification under modified paragraph 1547 (a).

**No. 61619.**—Red Rock Bottlers, Inc. *v.* United States, protests 120501–K, etc. (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of flavoring sirup, composed of a mixture of sugar, water, flavoring, and coloring matter, in chief value of invert sugar, having a minus polariscopic reading the same in all material respects as that the subject of *United States* v. *Jovita Perez et al.* (44 C. C. P. A. 35, C. A. D. 633), the claim of the plaintiff was sustained.

**No. 61620.**—American Almond Products Co., Inc. *v.* United States, protest 302824–K (A) (New York).

Opinion by DONLON, J. Plaintiff having raised no objection and following *The Best Foods, Inc.* v. *United States* (37 Cust. Ct. 1, C. D. 1791), the motion was granted.

**No. 61621.**—The Best Foods, Inc. *v.* United States, protests 303940–K, etc. (New York).

Opinion by DONLON, J. Plaintiff having raised no objection and following *The Best Foods, Inc.* v. *United States* (37 Cust. Ct. 1, C. D. 1791), the motion was granted.

**No. 61622.**—The Best Foods, Inc. *v.* United States, protest 305956–K (New York).

Opinion by DONLON, J. Plaintiff having raised no objection and following *The Best Foods, Inc.* v. *United States* (37 Cust. Ct. 1, C. D. 1791), the motion was granted.

**No. 61623.**—American Almond Products Co., Inc. *v.* United States, protest 306029–K (A) (New York).

Opinion by DONLON, J. Plaintiff having raised no objection and following *The Best Foods, Inc.* v. *United States* (37 Cust. Ct. 1, C. D. 1791), the motion was granted.

**No. 61624.**—American Almond Products Co., Inc. *v.* United States, protest 306030–K (A) (New York).